# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. FRANCISCO JAVIER RIOS No. 08MJ8043

HON. Peter C. Lewis Tape No. PCL08-1;13:59-14:09

Asst. U.S. Attorney FRED SHEPPARD PTSO ______

| | | | | | | | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | FD DIANE REGAN S/A | ___ | Apt | ___ | Ret | for ______ | (2 ) | (C ) |
| | JOHN FIELDING - N./A | X | Apt | ___ | Ret | for ______ | (2 ) | (C ) |
| | ______ | ___ | Apt | ___ | Ret | for ______ | ( ) | ( ) |
| | ______ | ___ | Apt | ___ | Ret | for ______ | ( ) | ( ) |
| | ______ | ___ | Apt | ___ | Ret | for ______ | ( ) | ( ) |
| | ______ | ___ | Apt | ___ | Ret | for ______ | ( ) | ( ) |
| | ______ | ___ | Apt for Material Witness(es) | | | | | |

PROCEEDINGS: ______ In Chambers X In Court ______ By Telephone

Governments oral motion to dismiss without prejudice as to defendant #2 - Granted.

Date 2/5/08

IF [signature]

Deputy's Initials